### 35371. WINTERS v. CHEEK et al.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur, except Hall, J., who dissents.*

Submitted September 7, 1979 — Decided October 2, 1979.

*Adams & Clifton, Alton M. Adams,* for appellant.
*Dan T. Pressley, Sr., James T. Irvin,* for appellees.